IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Roy A. Tutt, # 272335, ) | C/A NO. 6:06-0120-CMC-WMC |
| ) | |
| Plaintiff, ) | |
| ) | OPINION AND ORDER |
| v. ) | |
| ) | |
| Florence Police Department, ) | |
| Dubravcka Perry, Van Jackson, and ) | |
| Colonial Inn, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff, proceeding *pro se*, filed this action pursuant to 28 U.S.C. § 1983. Defendant Colonial Inn filed a motion to dismiss and Defendants Dubravka Perry and Van Jackson filed a motion for summary judgment. Defendant Florence Police Department filed a separate motion for summary judgment. Plaintiff was advised of the dismissal and summary judgment procedure and the possible consequences if he failed to file a response to the motions. Plaintiff filed responses to all the motions.

In accordance with 28 U.S.C. § 636(b) (1)(B) .and Local Civil Rule 73.02 (B)(2)(d), D.S.C., this matter was referred to United States Magistrate Judge William M. Catoe for pre-trial proceedings and a Report and Recommendation.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of any portion of the Report and Recommendation of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The court reviews the Report and Recommendation only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416

F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.") (citation omitted).

On October 5, 2006, the Magistrate Judge issued a Report recommending that Defendants' motions to dismiss and for summary judgment be granted. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and Recommendation and the serious consequences if he failed to do so. Plaintiff has filed no objections and the time for doing so has expired.

After reviewing the complaint, the motions, the responses, the applicable law, and the Report and Recommendation of the Magistrate Judge, the court agrees with the conclusions of the Magistrate Judge. Accordingly, the court adopts and incorporates the Report and Recommendation by reference in this Order.

**IT IS THEREFORE ORDERED** that Defendant Colonial Inn's motion to dismiss is **GRANTED**, and it is

**FURTHER ORDERED** that Defendants Perry, Jackson and Florence Police Department's motions for summary judgment are **GRANTED**.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
November 3, 2006

2